**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br>     Plaintiff,<br>vs.<br><br>MINC PLATFORM LLC and MISIPASTA LLC,<br>     Defendants. | 24-cv-2327 |

**NOTICE OF VOLUNTARY DISMISSAL AGAINST DEENDANTS**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated:  August 20, 2024

                                        Respectfully submitted,

                                        *s/ Jennifer E. Tucek, Esq.*
                                        Law Office of Jennifer Tucek, PC
                                             *Attorney for Plaintiff*
                                        Bar No. JT2817
                                        315 Madison Avenue, #3054
                                        New York, N.Y. 10017
                                        (917) 669-6991
                                        TucekLaw@Gmail.com